IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MALIBU MEDIA, L.L.C., | : | CIVIL ACTION |
| | : | NO. 12-2094 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| JOHN DOES 1-25, | : | |
| | : | |
| Defendants. | : | |

## O R D E R

**AND NOW**, this **6th** day of **July, 2012,** it is hereby **ORDERED** that Defendant John Doe #6's Motion to Dismiss or, in the Alternative, to Issue a Protective Order (ECF No. 6) is **GRANTED as unopposed.**

**IT IS FURTHER ORDERED** that John Doe #6 (identified by Internet Protocol Address 68.84.104.115) is **DISMISSED** from this case.

**AND IT IS SO ORDERED.**

 s/ Eduardo C. Robreno 
**EDUARDO C. ROBRENO, J.**